IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03283-PAB-STV

DUKE BRADFORD,
ARKANSAS VALLEY ADVENTURE, LLC, d/b/a AVA Rafting and Zipline,
COLORADO RIVER OUTFITTERS ASSOCIATION,

      Plaintiffs,

v.

U.S. DEPARTMENT OF LABOR,
U.S. DEPARTMENT OF LABOR, WAGE & HOUR DIVISION,
JOSEPH R. BIDEN, President of the United States,
MARTIN J. WALSH, U.S. Secretary of Labor, and
JESSICA LOOMAN, Acting Administrator,

      Defendants.

_____

**MINUTE ORDER**
_____

**Entered by Chief Judge Philip A. Brimmer**

     This matter is before the Court on plaintiffs' Motion for a Preliminary Injunction [Docket No. 7] and Defendants' Motion for Extension of Time and for Leave to File Excess Pages in Response to Plaintiffs' Motion for a Preliminary Inunction [Docket No. 10].  It is

     **ORDERED** that the Court will hold a telephonic conference on **Tuesday, December 21, 2021 at 10:00 a.m.** to discuss the logistics of the preliminary injunction hearing.  The Court will provide the participants with instructions for connecting to the telephonic conference via email.  It is further

     **ORDERED** that the Court will hold a half-day preliminary injunction hearing on **Thursday, January 6, 2022 at 8:30 a.m.**  It is further

     **ORDERED** that Defendants' Motion for Extension of Time and for Leave to File Excess Pages in Response to Plaintiffs' Motion for a Preliminary Inunction [Docket No. 10] is **GRANTED in part** and **DENIED in part**.  It is further

     **ORDERED** that defendants shall respond to plaintiffs' motion for a preliminary inunction on or before **December 27, 2021 at 5:00 p.m.** and may file a response of not more than 20 pages.  *See* Practice Standards (Civil cases), Chief Judge Philip A.

Brimmer, § III.A ("These page limitations include the cover page, jurisdictional statement, statement of facts, procedural history, argument, authority, closing, signature block, and all other matters, except the certificate of service.  The body of the text and all footnotes shall be no smaller than 12-point type.").  It is further

      **ORDERED** that plaintiffs may reply on or before **December 29, 2021 at 5:00 p.m.**

      DATED December 17, 2021.