IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Civil Action No.:   21-cv-03283-PAB-STV | Date:  January 6, 2022 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:  Janet Coppock |

*Parties:*                                                                 *Counsel:*

DUKE BRADFORD,                                                  Michael Poon
ARKANSAS VALLEY ADVENTURE, LLC, d/b/a    Caleb Kruckenberg
AVA Rafting and Zipline,
COLORADO RIVER OUTFITTERS
ASSOCIATION,

   Plaintiffs,

v.

U.S. DEPARTMENT OF LABOR,                              Taisa Goodnature (by VTC)
U.S. DEPARTMENT OF LABOR, WAGE & HOUR   Kate Talmor (by VTC)
DIVISION,
JOSEPH R. BIDEN, President of the United
States,
MARTIN J. WALSH, U.S. Secretary of Labor, and
JESSICA LOOMAN, Acting Administrator,

   Defendants.

## COURTROOM MINUTES

**PRELIMINARY INJUNCTION HEARING**

**8:38 a.m.     Court in session.**

Appearances of counsel.

**ORDERED:**  Witnesses shall be sequestered.

Plaintiffs' witness, Duke Bradford, sworn.

8:42 a.m.     Direct examination of Mr. Bradford by Mr. Kruckenberg.

**Plaintiffs' Exhibit A is admitted.**

9:08 a.m.      Cross examination of Mr. Bradford by Ms. Talmor.

9:39 a.m.      Redirect examination of Mr. Bradford by Mr. Kruckenberg.

Plaintiff's witness, David Costlow, sworn.

9:49 a.m.      Direct examination of Mr. Costlow by Mr. Poon.

10:02 a.m.     Cross examination of Mr. Costlow by Ms. Talmor.

10:19 a.m.     Redirect examination of Mr. Coslow by Mr. Poon.

**Defendants' Exhibit 1 is admitted.**

**10:28 a.m.    Court in recess.**
**10:46 a.m.    Court in session.**

Argument by Mr. Kruckenberg and Ms. Goodnature.

**ORDERED**:   Plaintiffs' Motion for a Preliminary Injunction [7] is TAKEN UNDER ADVISEMENT.  The Court will issue a written order.

**12:03 p.m.    Court in recess.**

Hearing concluded.
Total time in court:   3:07