UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DUKE BRADFORD *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR *et al.*,<br><br>Defendants. | Case No. 1:21-cv-03283-PAB-STV<br><br>DEFENDANTS' MOTION FOR A STAY PENDING APPEAL OR, IN THE ALTERNATIVE, DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT |

Plaintiffs filed this action on December 7, 2021. *See* ECF No. 1. They challenge *Establishing a Minimum Wage for Contractors*, Exec. Order No. 13,658, 79 Fed. Reg. 9851 (Feb. 12, 2014) ("Final Rule"), the Department of Labor's Final Rule implementing Executive Order 13,658, which requires certain Federal contractors to pay a $15 minimum wage. *See id.* On December 9, 2021, Plaintiffs filed a motion for a preliminary injunction. *See* ECF No. 7. Following full briefing and a half-day hearing, *see* ECF Nos. 18, 21, 22, the Court denied Plaintiffs' motion on January 24, 2022, *see* ECF No. 31. Plaintiffs filed a notice of interlocutory appeal later that week, *see* ECF No. 33, and their appeal is now pending before the United States Court of Appeals for the Tenth Circuit, *see Bradford v. U.S. Department of Labor*, No. 22-1023 (10th Cir.). On January 28, 2021, this Court denied Plaintiffs' motion for an injunction against enforcement of the Final Rule while their appeal is pending. *See* ECF No. 38. On February 1, 2022, Plaintiffs moved in the Tenth Circuit for an injunction pending appeal, to which Defendants' opposition is due February 11, 2022. In the alternative, Plaintiffs moved to expedite

their appeal; Defendants did not oppose expedition.

Defendants hereby move to stay all district court dates and deadlines in this litigation pending the Tenth Circuit's ruling on Plaintiffs' appeal of this Court's order denying their motion for a preliminary injunction. Plaintiffs' appeal presents many of the issues that this Court will need to decide in a judgment on the merits. Therefore, the parties will benefit from the Tenth Circuit's decision in framing their claims and defenses in the next stages of litigation. Plaintiffs oppose Defendants' motion for a stay.

In the alternative, Defendants move for a thirty-day extension of their deadline to respond to Plaintiffs' Complaint, which is currently set for **February 7, 2022**, pursuant to Rule 12(a)(2) of the Federal Rules of Civil Procedure. Plaintiffs consent to Defendants' alternative motion for a stay. Moreover, the Court may extend Defendants' response deadline for good cause. *See* Fed. R. Civ. P. 6(b). Good cause supports Defendants' requested extension here, because Defendants require additional time to coordinate with agency defendants and prepare an appropriate response to the Complaint in light of recent developments in this litigation, both in this Court and in the Tenth Circuit. Defendants also move, in the alternative to their stay motion, for corresponding extensions of the scheduling conference set for March 2, 2022, at 9:30 a.m., and the February 23, 2022 deadline for the parties' joint proposed scheduling order. *See* ECF No. 32.

Dated: February 2, 2022

Respectfully submitted,

BRIAN BOYNTON
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

/s/ *Taisa M. Goodnature*
TAISA M. GOODNATURE
N.Y. Bar No. 5859137

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Telephone: (202) 514-3786
Fax: (202) 616-8470
Email: Taisa.M.Goodnature@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

I hereby certify that on February 2, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

ckruckenberg@pacificlegal.org

mpoon@pacificlegal.org

ssimpson@pacificlegal.org

kate.talmor@usdoj.gov

/s/ *Taisa M. Goodnature*
TAISA M. GOODNATURE
N.Y. Bar No. 5859137
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Telephone: (202) 514-3786
Fax: (202) 616-8470
Email: Taisa.M.Goodnature@usdoj.gov

*Attorney for Defendants*