## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

DUKE BRADFORD *et al.*,

       Plaintiffs,

       v.

U.S. DEPARTMENT OF LABOR *et al.*,

       Defendants.

Case No. 1:21-cv-03283-PAB-STV

**ANSWER**

Defendants the United States Department of Labor ("DOL"); the Wage and Hour Division of the United States Department of Labor ("WHD"); Joseph R. Biden, President of the United States; Martin J. Walsh, United States Secretary of Labor; and Jessica Looman, Acting Administrator of WHD, by and through their undersigned counsel, hereby answer the numbered paragraphs of Plaintiffs' Complaint (ECF No. 1) as follows:

## PRELIMINARY STATEMENT

The paragraphs in this section of the Complaint constitute a general characterization of this action, to which no response is required. To the extent a response is required, Defendants acknowledge the splendor of the outdoors and the important role of outfitters and guides on Federal lands but otherwise dispute Plaintiffs' characterization and deny that Plaintiffs are entitled to any of the relief requested.

## PARTIES

1.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

2.     Defendants lack knowledge or information sufficient to form a belief about the

truth of the allegations in this paragraph.

3.      Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

4.      Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, except that Defendants admit that AVA holds special use permit(s) with the Forest Service of the United States Department of Agriculture and special recreation permit(s) with the Bureau of Land Management of the United States Department of the Interior.

5.      Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

6.      Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

7.      Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

8.      Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

9.      Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

10.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

11.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

12.     Defendants lack knowledge or information sufficient to form a belief about the

truth of the allegations in this paragraph.

13.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

14.     This paragraph consists of citations to and characterizations of *Increasing the Minimum Wage for Federal Contractors*, 86 Fed. Reg. 67,126 (Nov. 24, 2021) ("2021 Minimum-Wage Rule"), to which Defendants refer for its complete and accurate contents; Defendants deny any characterizations of the 2021 Minimum-Wage Rule that are inconsistent with the language of the Rule. Defendants lack knowledge or information sufficient to form a belief as to whether and to what extent Plaintiffs and their members are subject to the requirements of the 2021 Minimum-Wage Rule.

15.     Admitted.

16.     Defendants admit that President Biden issued Executive Order 14,026 and refer to the Executive Order for its complete and accurate contents; Defendants deny any characterizations of Executive Order 14,026 that are inconsistent with the language of the Executive Order. The second sentence is a legal conclusion to which no response is required.

17.     Defendants deny that the 2021 Minimum-Wage Rule was issued on November 23, 2021. Defendants admit the remaining allegations in this paragraph.

18.     Admitted.

19.     Admitted.

20.     Admitted.

21.     Admitted.

22.     Admitted.

## JURISDICTION AND VENUE

23.     This paragraph consists of a legal conclusion to which no response is required.

24.     This paragraph consists of a legal conclusion to which no response is required.

25.     This paragraph consists of a legal conclusion to which no response is required.

## STATEMENT OF FACTS

### I.   LEGAL BACKGROUND

#### A.  Prior Agency Actions

26.     This paragraph consists of Plaintiffs' citations to and characterizations of Executive Order 13,658.  Defendants admit that President Obama issued that Executive Order and refer to it for its complete and accurate contents; Defendants deny any characterizations of Executive Order 13,658 that are inconsistent with the language of the Executive Order and deny any remaining allegations in this paragraph.

27.     This paragraph consists of Plaintiffs' citations to and characterizations of *Establishing a Minimum Wage for Contractors*, 79 Fed. Reg. 60,634 (Oct. 7, 2014) ("2014 Minimum-Wage Rule").  Defendants admit that DOL promulgated that Rule and refer to the Rule for its complete and accurate contents; Defendants deny any characterizations of the 2014 Minimum Wage Rule that are inconsistent with the language of the Rule and deny any remaining allegations in this paragraph.

28.     This paragraph consists of Plaintiffs' citations to and characterizations of the 2014 Minimum-Wage Rule, to which Defendants refer for its complete and accurate contents; Defendants deny any characterizations of the 2014 Minimum Wage Rule that are inconsistent with the language of the Rule and deny any remaining allegations in this paragraph.

29.     This paragraph consists of Plaintiffs' citations to and characterizations of the 2014 Minimum-Wage Rule, to which Defendants refer for its complete and accurate contents;

4

Defendants deny any characterizations of the 2014 Minimum-Wage Rule that are inconsistent with the language of the Rule and deny any remaining allegations in this paragraph.

30.     This paragraph consists of Plaintiffs' citations to and characterizations of the 2014 Minimum-Wage Rule, to which Defendants refer for its complete and accurate contents; Defendants deny any characterizations of the 2014 Minimum-Wage Rule that are inconsistent with the language of the Rule and deny any remaining allegations in this paragraph.

31.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

32.     This paragraph consists of Plaintiffs' citations to and characterizations of Executive Order 13,838. Defendants admit that President Trump issued that Executive Order and refer to the Executive Order for its complete and accurate contents; Defendants deny any characterizations of Executive Order 13,838 that are inconsistent with the language of the Executive Order and deny any remaining allegations in this paragraph.

33.     This paragraph consists of Plaintiffs' citations to and characterizations of Executive Order 13,838, to which Defendants refer for its complete and accurate contents; Defendants deny any characterizations that are inconsistent with the language of Executive Order 13,838 and deny any remaining allegations in this paragraph.

34.     This paragraph consists of Plaintiffs' citations to and characterizations of *Minimum Wage for Contractors; Updating Regulations to Reflect Executive Order 13838*, 83 Fed. Reg. 48,537 (Sept. 26, 2018) ("2018 Minimum-Wage Rule"). Defendants admit that DOL promulgated that Rule and refer to the Rule for its complete and accurate contents; Defendants deny any characterizations of the 2018 Minimum-Wage Rule that are inconsistent with the language of the Rule and deny any remaining allegations in this paragraph.

35.     This paragraph consists of Plaintiffs' citations to and characterizations of Executive Order 13,838 and the 2018 Minimum-Wage Rule, to which Defendants refer for their complete and accurate contents; Defendants deny any characterizations that are inconsistent with the language of Executive Order 13,838 or the 2018 Minimum-Wage Rule and deny any remaining allegations in this paragraph.

36.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

### B. The New Rule

37.     This paragraph consists of Plaintiffs' citations to and characterizations of Executive Order 14,026. Defendants admit that President Biden issued that Executive Order 14,026 and refer to the Executive Order for its complete and accurate contents; Defendants deny any characterizations of Executive Order 14,026 that are inconsistent with the language of the Executive Order and deny any remaining allegations in this paragraph.

38.     This paragraph consists of Plaintiffs' citations to and characterizations of the 2021 Minimum-Wage Rule. Defendants deny that DOL issued the 2021 Minimum Wage Rule on November 23, 2021, but admit that DOL promulgated the Rule and refer to the Rule for its complete and accurate contents; Defendants deny any characterizations of the 2021 Minimum-Wage Rule that are inconsistent with the language of the Rule and deny any remaining allegations in this paragraph.

39.     This paragraph consists of Plaintiffs' citations to and characterizations of the 2021 Minimum-Wage Rule, to which Defendants refer for its complete and accurate contents; Defendants deny any characterizations that are inconsistent with the language of the 2021 Minimum-Wage Rule and deny any remaining allegations in this paragraph.

40.     This paragraph consists of Plaintiffs' citations to and characterizations of the 2021 Minimum-Wage Rule, to which Defendants refer for its complete and accurate contents; Defendants deny any characterizations that are inconsistent with the language of the 2021 Minimum-Wage Rule and deny any remaining allegations in this paragraph.

41.     This paragraph consists of Plaintiffs' citations to and characterizations of the 2021 Minimum-Wage Rule, to which Defendants refer for its complete and accurate contents; Defendants deny any characterizations that are inconsistent with the language of the 2021 Minimum-Wage Rule and deny any remaining allegations in this paragraph.

42.     This paragraph consists of Plaintiffs' citations to and characterizations of the 2021 Minimum-Wage Rule, to which Defendants refer for its complete and accurate contents; Defendants deny any characterizations that are inconsistent with the language of the 2021 Minimum-Wage Rule and deny any remaining allegations in this paragraph.

43.     This paragraph consists of Plaintiffs' citations to and characterizations of the 2021 Minimum-Wage Rule, to which Defendants refer for its complete and accurate contents; Defendants deny any characterizations that are inconsistent with the language of the 2021 Minimum-Wage Rule and deny any remaining allegations in this paragraph.

44.     This paragraph consists of Plaintiffs' citations to and characterizations of the 2021 Minimum-Wage Rule, to which Defendants refer for its complete and accurate contents; Defendants deny any characterizations that are inconsistent with the language of the 2021 Minimum-Wage Rule and deny any remaining allegations in this paragraph.

45.     Denied, except to admit that DOL stated that President Biden's authority to issue Executive Order 14,026 was beyond the scope of DOL's rulemaking and that DOL lacked discretion to implement policies that would violate the text of Executive Order 14,026.

## II.   THE EFFECT ON PLAINTIFFS

46.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

47.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

48.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

49.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

50.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

## COUNT I—VIOLATION OF THE ADMINISTRATIVE PROCEDURE ACT, 5 U.S.C. § 706(2)(C)—RULE IN EXCESS OF STATUTORY AUTHORITY

51.     Defendants repeat and reallege as if fully set forth herein their responses to the allegations in paragraphs 1-50 of the Complaint.

52.     This paragraph consists of citations to legal authority, to which Defendants refer for their complete and accurate contents, or consists of legal conclusions, to which no response is required.

53.     This paragraph consists of citations to legal authority, to which Defendants refer for their complete and accurate contents, or consists of legal conclusions, to which no response is required. Defendants deny any remaining allegations in this paragraph.

54.     Denied.

55.     Denied.

56.     This paragraph consists of citations to legal authority, to which Defendants refer

for their complete and accurate contents, or consists of legal conclusions, to which no response is required.

57.     Denied.

58.     Denied.

59.     Denied.

## COUNT II—VIOLATION OF THE ADMINISTRATIVE PROCEDURE ACT, 5 U.S.C. § 706(2)(A)—ARBITRARY AND CAPRICIOUS

60.     Defendants repeat and reallege as if fully set forth herein their responses to the allegations in paragraphs 1-59 of the Complaint.

61.     This paragraph consists of citations to legal authority, to which Defendants refer for their complete and accurate contents, or consists of legal conclusions, to which no response is required.

62.     This paragraph consists of citations to legal authority, to which Defendants refer for their complete and accurate contents, or consists of legal conclusions, to which no response is required.

63.     Denied.

64.     Denied.

65.     Denied.

## COUNT III—VIOLATION OF U.S. CONSTITUTION, NON-DELEGATION DOCTRINE, AND SEPARATION OF POWERS

66.     Defendants repeat and reallege as if fully set forth herein their responses to the allegations in paragraphs 1-65 of the Complaint.

67.     This paragraph consists of citations to legal authority, to which Defendants refer for their complete and accurate contents, or consists of legal conclusions, to which no response is

9

required.

68.     This paragraph consists of citations to legal authority, to which Defendants refer for their complete and accurate contents, or consists of legal conclusions, to which no response is required.

69.     This paragraph consists of citations to legal authority, to which Defendants refer for their complete and accurate contents, or consists of legal conclusions, to which no response is required.

70.     This paragraph consists of citations to legal authority, to which Defendants refer for their complete and accurate contents, or consists of legal conclusions, to which no response is required.

71.     This paragraph consists of citations to legal authority, to which Defendants refer for their complete and accurate contents, or consists of legal conclusions, to which no response is required.

72.     This paragraph consists of citations to legal authority, to which Defendants refer for their complete and accurate contents, or consists of legal conclusions, to which no response is required.

73.     Denied.

74.     Denied.

75.     Denied.

76.     Denied.

77.     Denied.

## PRAYER FOR RELIEF

The paragraphs in this section constitute a prayer for relief, to which no response is

required.  To the extent a response is required, Defendants deny that Plaintiffs are entitled to any of the relief they request or any relief whatsoever.

*       *       *

Each and every allegation of the Complaint not heretofore expressly admitted or denied is hereby denied.

## DEFENSES

1.      Plaintiffs' Complaint is barred by the doctrine of laches.

WHEREFORE, having fully answered, Defendants pray that:

1.   This Court enter judgment for Defendants and dismiss this action with prejudice; and

2.   Defendants be granted such further relief as the Court may deem just and proper.


Dated: March 9, 2022                          Respectfully submitted,

                                              BRIAN BOYNTON
                                              Principal Deputy Assistant Attorney General

                                              BRAD P. ROSENBERG
                                              Assistant Branch Director

                                              /s/ *Taisa M. Goodnature*
                                              TAISA M. GOODNATURE
                                              N.Y. Bar No. 5859137
                                              Trial Attorney
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              1100 L St. NW
                                              Washington, DC 20530
                                              Telephone: (202) 514-3786
                                              Fax: (202) 616-8470
                                              Email: Taisa.M.Goodnature@usdoj.gov

                                              *Attorneys for Defendants*

11

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

I hereby certify that on March 9, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

ckruckenberg@pacificlegal.org

mpoon@pacificlegal.org

ssimpson@pacificlegal.org

kate.talmor@usdoj.gov

/s/ *Taisa M. Goodnature*
TAISA M. GOODNATURE
N.Y. Bar No. 5859137
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Telephone: (202) 514-3786
Fax: (202) 616-8470
Email: Taisa.M.Goodnature@usdoj.gov

*Attorney for Defendants*
