#### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DUKE BRADFORD *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR *et al.*,<br><br>Defendants. | Case No. 1:21-cv-03283-PAB-STV |

### MOTION TO WITHDRAW AS COUNSEL

Justin M. Sandberg, Senior Trial Counsel, Federal Programs Branch, Civil Division, United States Department of Justice hereby moves to withdraw as counsel for Defendants in the above-captioned action.  Pursuant to D.C.COLO.L.AttyR 5(b), there is good cause for this motion. The reason for withdrawal is that the undersigned attorney, Justin M. Sandberg, has accepted another position and is leaving the United States Department of Justice.  Taisa M. Goodnature remains counsel of record for this case.  Pursuant to D.C.COLO.L.AttyR 5(b), a copy of this motion is being served on all counsel of record and on agency counsel for the U.S. Department of Labor as a representative of Defendants.


Dated: August 18, 2022                                  Respectfully submitted,

                                                                 BRIAN BOYNTON
                                                                 Principal Deputy Assistant Attorney General

                                                                 BRAD P. ROSENBERG
                                                                 Assistant Branch Director

                                                                 */s/ Justin M. Sandberg*

JUSTIN M. SANDBERG
IL Bar No. 6278377
Senior Trial Counsel
TAISA M. GOODNATURE
N.Y. Bar No. 5859137
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Telephone: (202) 514-5838 (Sandberg)
Fax: (202) 616-8470
Email:  justin.sandberg@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

I hereby certify that on August 18, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

ckruckenberg@pacificlegal.org

mpoon@pacificlegal.org

ssimpson@pacificlegal.org

kate.talmor@usdoj.gov

taisa.m.goodnature@usdoj.gov

A copy of this motion was also served contemporaneously, via email, on agency counsel for the U.S. Department of Labor:

Mary McDonald (Mcdonald.Mary@dol.gov)

Jonathan Rees (Rees.Jonathan@dol.gov)

/s/ *Justin M. Sandberg*
JUSTIN M. SANDBERG
IL Bar No. 6278377
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Telephone: (202) 514-5838
Fax: (202) 616-8470
Email: justin.sandberg@usdoj.gov

*Counsel for Defendants*